JOHN M. McGRATH, Appellant and Respondent, v. CAR-
NEGIE TRUST COMPANY et al., Respondents and
Appellants.

*McGrath* v. *Carnegie Trust Co.*, 167 App. Div. 32, affirmed.
(Argued June 3, 1915; decided July 13, 1915.)

CROSS-APPEALS from a judgment of the Appellate Divi-
sion of the Supreme Court in the first judicial depart-
ment, entered April 22, 1915, modifying and affirming
as modified a judgment in favor of plaintiff entered
upon a decision of the court on trial at Special Term in
favor of the plaintiff adjudging reformation as to a cer-
tain written instrument bearing date April 23, 1910, and
decreeing that the defendant Carnegie Trust Company
pay the plaintiff the sum of $145,528.15, being $124,000,
with interest and costs, which sum with interest was by
said judgment directed to be paid within thirty days
after the entry thereof out of funds of the Carnegie
Trust Company in preference to the general creditors.
The order and judgment of modification, appealed from
to this court by both parties, allowed the claim of the
plaintiff to the amount of the principal thereof, with cer-
tain interest as specified, as an unpreferred, general claim
only, disallowing the same as a preferred claim.

*Herbert Parsons, Louis A. Stone, Ernest W. Kelsey*
and *Tompkins McIlvaine* for plaintiff, appellant and
respondent.

*Joseph A. Kellogg, Clarence W. Gormley* and *George
A. Blauvelt* for defendants, respondents and appellants.

Judgment affirmed, without costs, on authority of
*Madison Trust Co.* v. *Carnegie Trust Co.* (215 N. Y. 475);
no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, CUDDE-
BACK, HOGAN, MILLER and SEABURY, JJ. Not sitting:
HISCOCK, J.